UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YAZMIN ALEJANDARA JAQUEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 15-3838 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with th memorandum of decision.

May 25, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge